IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. SA08CA0257XR |
| SAN ANTONIO BUILDING SERVICES & SUPPLIES, LLC, AND CB RICHARD ELLIS GROUP, INC., AS SUCCESSOR TO THE TRAMMELL CROW COMPANY, § § § § § § § | |
| Defendants. § | |

**FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE** (Docket # 34)

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction of this case during the term of this Consent Decree to enforce compliance with the terms and conditions of this Consent Decree and to take any action necessary or appropriate for its enforcement, interpretation, execution, modifications, or adjudication of disputes.

It is so ORDERED.

Signed this 12th day of June, 2009.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE